**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rivka Tannenbaum and Chava Silberstein, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     -against-<br><br>Jeffrey G. Lerman, P.C.,<br><br>     Defendant. | Docket No: 7:19-cv-09554-NSR |



 **NOW COMES** the Plaintiff(s) Rivka Tannenbaum and Chava Silberstein, individually and on behalf of all others similarly situated, by and through counsel, to provide Notice to the Court that the present cause has been settled between the parties, and:

 **WHEREFORE**, a settlement agreement ("Agreement") is in the process of being finalized, and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

 As such, the parties request:

1. The Court stay this case and adjourn all deadlines and conferences; and
2. The Court deny, without prejudice, any outstanding motions;

DATED: November 14, 2019

        **BARSHAY SANDERS, PLLC**

        By: <u>/s David M. Barshay</u>
        David M. Barshay, Esq.
        BARSHAY SANDERS, PLLC
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel: (516) 203-7600
        Fax: (516) 706-5055
        *Attorneys for Plaintiff*